1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

11  RACHEL L. FERRE,                              Case No.  CV06-0476-JPD

12       Plaintiff,

13       vs.

14  JO ANNE B. BARNHART,                          ORDER FOR REMAND

15  Commissioner of Social Security,

16       Defendant.

17

18       Based on the stipulation between the parties it is hereby ORDERED that the

19  above-captioned case be reversed and remanded for further administrative proceedings pursuant

20  to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge ("ALJ") will

21  re-evaluate the medical evidence as a whole, will address each medical opinion, and will articulate

22  why each is or is not persuasive.  The ALJ will request an updated report from Plaintiff's treating

23  sources; these reports should include clinical findings, test results, and a statement as to what

24  Plaintiff can still do despite her impairments.  If the treating sources are found not persuasive, the

25

26

27

28  Page 1      ORDER- [C06-476-JPD]

1  ALJ will re-contact these sources for clarification and/or further evidence.  The ALJ will evaluate

2  Plaintiff's subjective complaints.  The ALJ will reassess Plaintiff's residual functional capacity

3  ("RFC"), expressing it in specific terms of what she can or cannot do, with appropriate citations

4

5  to the record in support thereof.  The ALJ will offer Plaintiff the opportunity for a hearing.  The

6  ALJ will obtain testimony from a vocational expert as to the effects of Plaintiff's functional

7  limitations on her ability to perform her past relevant work and/or whether other jobs exists which

8  she could perform given her RFC and vocational profile.  Upon proper presentation, the Court

9

10  will consider Plaintiff's application for attorney fees under the Equal Access to Justice Act.

11          DATED this 6th day of September, 2006.

12

13                                              _____
                                                JAMES P. DONOHUE
14                                              United States Magistrate Judge

15

16  Presented by:

17
    s/ L. Jamala Edwards
18  L. JAMALA EDWARDS
    Special Assistant U.S. Attorney
19  Attorney for Defendant
    701 Fifth Ave, Ste 2900, M/S 901
20  Seattle, WA   98104-7075
    Phone:  206-615-3749
21  Fax:     206-615-2531
    jamala.edwards@ssa.gov
22

23

24

25

26

27

28  Page 2      ORDER- [C06-476-JPD]