# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RACHEL L. FERRE,

    Plaintiff,

        v.

JO ANNE B. BARNHART, Commissioner,
Social Security Administration,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.: CV06-0476-JPD

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    The final decision of the Commissioner is REVERSED and REMANDED for further proceedings.

    Dated this _____ day of _____, 2006.


                                                _____BRUCE RIFKIN_____
                                                Clerk


                                                /s/  BECKY G. HARRIS
                                                Deputy Clerk